

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2013

No. 04-13-00465-CR

Randall Dwight **HURST**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 54th District Court, McLennan County, Texas
Trial Court No. 2012-1949-C1
Ralph T. Strother, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on September 16, 2013. On September 21, 2013, Appellant filed his brief. On September 23, 2013, Appellant filed an unopposed motion for extension of time to file his opening brief until September 21, 2013.

Appellant's motion for extension of time to file the brief is GRANTED. Appellant's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2013.

_____
Keith E. Hottle
Clerk of Court